1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

\* \* \*

4

JAMES MOSLEY,

Case No. 3:22-CV-00408-ART-CLB

5

Plaintiff

**ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS***

6

v.

7

VALERIE ADAIR, *et al.,*

8

Defendants.

9

10    **I.    DISCUSSION**

11         On September 12, 2022, Plaintiff James Mosley ("Mosley"), an inmate in the

12    custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights

13    complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Mosley has neither paid the full $402

14    filing fee for this matter nor filed an application to proceed *in forma pauperis*.

15         Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin

16    a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil

17    action without prepaying the full $402 filing fee. To apply for *in forma pauperis* status, the

18    inmate must submit <u>all three</u> of the following documents to the Court:

19         (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

20         Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on

21         page 3),

22         (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

23         official (i.e. page 4 of this Court's approved form), and

24         (3) a copy of the **inmate's prison or jail trust fund account statement for the**

25         **previous six-month period**.

26         The Court will grant Mosley a **one-time** opportunity to file a fully complete

27    application to proceed *in forma pauperis* containing <u>all three</u> of the required documents,

28    or in the alternative, pay the full $402 filing fee for this action on or before **Friday, October**

1   **28, 2022**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions
2   of time.

3          If Mosley is unable to file a fully complete application to proceed *in forma pauperis*
4   with all three required documents or pay the full $402 filing fee on or before **Friday,**
5   **October 28, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Mosley to
6   file a new case with the Court when Mosley is either able to acquire all three of the
7   documents needed to file a fully complete application to proceed *in forma pauperis* or
8   pays the full $402 filing fee.

9          A dismissal <u>without prejudice</u> means Mosley does not give up the right to refile the
10   case with the Court, under a new case number, when Mosley has all three documents
11   needed to submit with an application to proceed *in forma pauperis*. Alternatively, Mosley
12   may choose not to file an application to proceed *in forma pauperis* and instead pay the
13   full filing fee of $402 on or before **Friday, October 28, 2022** to proceed with this case.

14          The Court will retain Mosley's civil rights complaint (ECF No. 1-1), but the Court
15   will not file the complaint unless and until Mosley timely files a fully complete application
16   to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

17   **II.     CONCLUSION**

18          For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court will **SEND**
19   Mosley the approved form application to proceed *in forma pauperis* by an inmate, as well
20   as the document entitled information and instructions for filing an *in forma pauperis*
21   application.

22          **IT IS FURTHER ORDERED** that on or before **Friday, October 28, 2022**, Mosley
23   will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee
24   and the $52 administrative fee) or file with the Court:

25          (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this
26          Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two
27          signatures on page 3),

28          (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

1    official (i.e. page 4 of this Court's approved form), and

2    (3) a copy of the **inmate's prison or jail trust fund account statement for the**

3    **previous six-month period**.

4    **IT IS FURTHER ORDERED** that, if Mosley does not file a fully complete application

5    to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a

6    civil action on or before **Friday, October 28, 2022**, this case will be subject to dismissal

7    without prejudice for Mosley to refile the case with the Court, under a new case number,

8    when Mosley has all three documents needed to file a complete application to proceed *in*

9    *forma pauperis* or pays the full $402 filing fee.

10    **IT IS FURTHER ORDERED** that the Clerk of the Court will retain the complaint

11    (ECF No. 1-1) but will not file it at this time.

12    **IT IS SO ORDERED.**

13    **DATED**: ___September 13, 2022___

14

15    _____
      **UNITED STATES MAGISTRATE JUDGE**

16

17

18

19

20

21

22

23

24

25

26

27

28

3